UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS

THREE R LLC, ET AL

        Plaintiffs,

v.

CYNOSURE, INC.,

        Defendant.

CIVIL ACTION NO.
1:18-cv-30133-PBS

**SETTLEMENT ORDER OF DISMISSAL**

SARIS, D.J

    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 30 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

4/15/2021
Date

By the Court,

/s/ Casey Baker
Deputy Clerk